CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Chris Carson, Esq., SBN 280048
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., <br><br> Plaintiff, <br><br> v. <br><br> ELIE G. MALOUF; and Does 1-10, <br><br> Defendants. | **Case:** 2:19-CV-04193-VAP-GJS <br><br> **Plaintiff's Notice of Voluntary Dismissal With Prejudice** <br><br> **Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Rafael Arroyo, Jr., hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Elie G. Malouf has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: June 28, 2091          CENTER FOR DISABILITY ACCESS

By:    /s/ Amanda Lockhart Seabock
       Amanda Lockhart Seabock
       Attorneys for Plaintiff

1